816

*bell,* and *L. E. Jeffries* for petitioner.    No appearance for respondent.

No. 849. UTAH *v.* UNITED STATES; and

No. 877. CARBON COUNTY LAND CO. *v.* UNITED STATES ET AL.    May 18, 1931.    Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. George P. Parker* and *Mahlon E. Wilson* for Utah.    *Mr. Samuel A. King* for Carbon County Land Co.    *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Claude R. Branch, Nat M. Lacy,* and *Paul D. Miller* for the United States.

No. 866. SOUTHERN RAILWAY CO. *v.* MOORE, ADMINISTRATOR.    May 18, 1931.    Petition for writ of certiorari to the Supreme Court of South Carolina granted.    *Messrs. S. R. Prince, H. O'B. Cooper, Frank G. Tompkins,* and *L. E. Jeffries* for petitioner.    No appearance for respondent.

No. 889. UNITED STATES *v.* RYAN.    May 25, 1931.    Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.    *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. John J. Byrne* and *Paul D. Miller* for the United States.    No appearance for respondent.

No. 896. WESTERN PACIFIC CALIFORNIA R. CO. *v.* SOUTHERN PACIFIC CO.    May 25, 1931.    Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.    *Messrs. F. M. Angellotti* and *Harriet P. Tyler* for petitioner.    *Messrs. C. O. Amonette, H. C.*